MARILLÀ L. PITTS, Respondent, *v.* JOHN H. HUNT, impleaded,
etc., Appellant.

(Argued May 29, 1874; decided September term, 1874 )

DECIDED upon the facts in the case.

*Scott Lord* for the appellant.

*J. B. Adams* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.

---

ELISHA D. SHULER, Respondent, *v.* ELIZA H. DOUGLAS,
Appellant.

(Submitted May 29, 1874; decided September term, 1874.)

Decided on authority of *Hamilton* v. *Douglas* (46 N. Y.,
218).

*Murray & Green* for the appellant.

*P. L. Ely* for the respondent.

EARL, C., reads for reversal and new trial.
All concur.
Judgment reversed.